UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HIRSCH INTERNATIONAL SERVICES CORPORATION and ARTHUR HIRSCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLAS-COL, LLC, STEVE STERRETT, PAUL ADAMS, CHUCK DOUGHERTY, BRIAN DOUGHERTY, and ROSE-HULMAN INSTITUTE OF TECHNOLOGY, INC.,<br><br>    Defendants. | CAUSE NO.: 2:07-CV-00088-RLY-WGH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs and Defendants, by counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly file their Stipulation of Dismissal, with Prejudice, of this entire action, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Jana K. Strain (per consent)
Ronald J. Waicukauski
Jana K. Strain
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
rwaicukauski@price-law.com
jstrain@price-law.com
*Counsel for Plaintiffs*

/s/ Theresa M. Ringle
Craig E. Pinkus, Attorney No. 5749-49
Theresa M. Ringle, Attorney No. 22091-49
Paul D. Vink, Attorney No. 23785-32

BOSE MCKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
Telephone: (317) 684-5286
Facsimile: (317) 223-0286
cpinkus@boselaw.com
tringle@boselaw.com
pvink@boselaw.com
*Attorneys for Defendants*

/s/ Raymond H. Modesitt (per consent)
Raymond H. Modesitt
WILKERSON GOELLER MODESITT WILKINSON & DRUMMY
333 Ohio Street
P.O. Box 800
Terre Haute, IN 47808
RHModesitt@wilkinsonlaw.com
*Co-counsel for Defendants Glas-Col, LLC,*
*Steve Sterrett, Paul Adams, Chuck Dougherty*

1037071v1